# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                     Chapter 13

                                     Bankruptcy No. 17-12119-ELF

SCOTT ALEXAKI

717 W. Valley Forge Road

King of Prussia, PA 19406

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
SCOTT ALEXAKI

717 W. Valley Forge Road

King of Prussia, PA 19406

**Counsel for debtor(s), by electronic notice only.**
DANIEL P MUDRICK
ONE WEST 1ST AVE
SUITE 101
CONSHOHOCKEN, PA 19428

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

                                  /s/ William C. Miller

Date: 7/18/2017

                                _____
                                  William C. Miller, Esquire
                                  Chapter 13 Standing Trustee