# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Scott Alexaki,<br>   and      Debtor<br>  Deborah S. Alexaki,<br>            Co-Debtor | | CHAPTER 13 |
| JPMorgan Chase Bank, National Association,<br>            Movant<br>  vs. | | NO. 17-12119 ELF |
| Scott Alexaki,<br>   and      Debtor<br>  Deborah S. Alexaki,<br>            Co-Debtor<br>  and<br>  William C. Miller, Esq.<br>            Trustee | | 11 U.S.C. Sections 105, 362(d) 1301(c) and 1307(c) |

## **ORDER**

AND NOW, this _____ day of _____, 2017, upon consideration of the Motion of JPMorgan Chase Bank, National Association to Dismiss the Bankruptcy Case of Scott Alexaki, pursuant to 11 U.S.C. §§ 105 and 1307(c), or in the alternative for relief from the automatic stay and co-debtor stay pursuant to 11 U.S.C. §§ 362(d) and 1301(c), and any response thereto, it is hereby:

ORDERED AND DECREED that JPMorgan Chase Bank, National Association, is hereby granted relief from the automatic stay to proceed with the exercise of all its rights and remedies with respect to the real property located at 724 West Valley Forge Road, King of Prussia, PA 19406.

IT IS FURTHER ORDERED AND DECREED that any subsequent bankruptcy filing by the Debtor or Co-Debtor shall not preclude JPMorgan Chase Bank, National Association from proceeding with its mortgage foreclosure action, judgment and sheriff's sale of the property located at 724 West Valley Forge Road, King of Prussia, PA 19406, and any subsequent action for possession of the said property.

_____
United States Bankruptcy Judge.

Scott Alexaki
Deborah S. Alexaki
717 West Valley Forge Road
King Of Prussia, PA 19406

Deborah S. Alexaki
724 West Valley Forge Road
King of Prussia, PA 19406

DANIEL P. MUDRICK ESQUIRE
One West First Avenue
Suite 101
Conshohocken, PA 19428-6800

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532