United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-12119-elf
Scott Alexaki                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 1          Date Rcvd: Sep 14, 2017
                             Form ID: pdf900        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
db           +Scott Alexaki,    717 W. Valley Forge Road,    King of Prussia, PA 19406-1572

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Sep 15 2017 04:01:50    City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2017 04:01:02
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 15 2017 04:01:43    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                    TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
         DANIEL P. MUDRICK    on behalf of Debtor Scott  Alexaki dpmudrick@verizon.net,
          G30229@notify.cincompass.com
         KERI P EBECK    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST kebeck@weltman.com,
          jbluemle@weltman.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America,
          NA, sucessor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu
          Mortgage Pass-Through Certificates, Series 2006-AR11 bkgroup@kmllawgroup.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          bkgroup@kmllawgroup.com
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc.
          mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
         THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                          TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Scott Alexaki, | | CHAPTER 13 |
| and | Debtor | |
| Deborah S. Alexaki, | | |
| | Co-Debtor | |
| | | |
| JPMorgan Chase Bank, National Association, | | |
| | Movant | NO. 17-12119 ELF |
| vs. | | |
| | | |
| Scott Alexaki, | | |
| and | Debtor | 11 U.S.C. Sections 105, 362(d) 1301(c) |
| Deborah S. Alexaki, | | and 1307(c) |
| | Co-Debtor | |
| and | | |
| William C. Miller, Esq. | | |
| | Trustee | |

**ORDER**

AND NOW, this 13th day of September , 2017, upon consideration of the Motion of

JPMorgan Chase Bank, National Association to Dismiss the Bankruptcy Case of Scott Alexaki,

pursuant to 11 U.S.C. §§ 105 and 1307(c), or in the alternative for relief from the automatic stay and

co-debtor stay pursuant to 11 U.S.C. §§ 362(d) and 1301(c), and by agreement it is hereby:

**ORDERED** that JPMorgan Chase Bank, National Association, is hereby

granted relief from the automatic stay to proceed with the exercise of all its rights and remedies with

respect to the real property located at 724 West Valley Forge Road, King of Prussia, PA 19406.

IT IS FURTHER **ORDERED** that any subsequent bankruptcy filing by

the Debtor or Co-Debtor shall not preclude JPMorgan Chase Bank, National Association from

proceeding with its mortgage foreclosure action, judgment and sheriff's sale of the property located

at 724 West Valley Forge Road, King of Prussia, PA 19406, and any subsequent action for

possession of the said property.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

Scott Alexaki
Deborah S. Alexaki
717 West Valley Forge Road
King Of Prussia, PA 19406

Deborah S. Alexaki
724 West Valley Forge Road
King of Prussia, PA 19406

DANIEL P. MUDRICK ESQUIRE
One West First Avenue
Suite 101
Conshohocken, PA 19428-6800

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532