**WWR# 21359633**

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Scott Alexaki<br><br>                                   Debtor<br><br>LSF9 Master Participation Trust<br>                                   Movant | Case No. 17-12119-elf<br>Chapter 13<br><br>**Hearing Date:** 10/17/2017<br>**Hearing Time:** 09:30 am |

### REQUEST FOR ADMISSIONS

Pursuant to F.R.C.P. 36, Movant hereby requests the following admissions of the Respondent:

1.      The Respondent/Debtor, Scott Alexaki, has failed to make the post-petition payments that

were due to Movant on the date listed below and in the amounts listed below:

(a)     Three (3) monthly post-petition payment of $1,228.38, due for 04/01/2017 through
        and including 06/01/2017.

(b)      Two (2) monthly post-petition payment of $1,375.12, due for 07/01/2017 through
        and including 08/01/2017.


                        Respectfully Submitted

                        WELTMAN, WEINBERG & REIS CO., L.P.A.


                        BY: /s/ Keri P. Ebeck
                            KERI P. EBECK, ESQUIRE
                            436 7th Avenue
                            Suite 2500
                            Pittsburgh, PA 15219
                            (412) 434-7955  /  (412) 434-7959
                            Attorney for Movant