**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Scott Alexaki,<br><div align="center">Debtor(s)</div> | Chapter 13 |
| Select Portfolio Servicing, Inc., as servicing agent for Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR8,<br><div align="center">Movant,</div><br>Scott Alexaki,<br><div align="center">Debtor(s) / Respondent(s),</div><br>and<br>William C. Miller,<br><div align="center">Trustee / Respondent</div> | Case No. 17-12119-elf<br><br>Hearing Date: October 31, 2017<br>Time: 9:30 a.m.<br>Location: Courtroom #1 |

<div align="center">* * * * * * *</div>

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Select Portfolio Servicing, Inc., as servicing agent for Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR8 has filed Motion for Relief from the Automatic Stay with the Court for leave to enforce its rights as determined by state and/or other applicable law with regard to real property.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **October 23, 2017**, you or your attorney must do all of the following:

(a)      file an answer explaining your position at:

United States Bankruptcy Court
Eastern District of Pennsylvania
Office of the Clerk
900 Market Street
Suite 400
Philadelphia, PA 19107

(b)      mail a copy to the Movant's attorney:

Matthew C. Waldt, Esquire
Milstead & Associates, LLC
1 E. Stow Road
Marlton, NJ 08053
Phone No.: (856) 482-1400
Fax No.: (856) 482-9190

(c)      mail a copy to the Chapter 13 Trustee:

William C. Miller, Trustee
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

2.      If you or your attorney do not take the steps described in paragraphs 1(a), 1(b) and 1(c) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on **October 31, 2017 at 9:30 a.m.** in 900 Market Street, Suite 400, Philadelphia, PA 19107.

4.      If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at (215) 408-2970 to find out whether the hearing has been cancelled because no one filed an answer to the Motion.

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC

DATED: October 6, 2017

   /s/Matthew C. Waldt
Matthew C. Waldt, Esquire
mwaldt@milsteadlaw.com
Attorney ID No. 203308
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant