## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Scott Alexaki,<br><br>                    Debtor<br> | Chapter 13<br><br>Case No.: 17-12119-elf |
| U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR13,<br>                    Movant,<br>vs.<br>Scott Alexaki,<br>                    Debtor / Respondent,<br>and<br>William C. Miller,<br>                    Trustee / Respondent. | |

## ORDER

IT IS HEREBY **ORDERED** that the Stipulation of Settlement filed on October 25, 2017 (Doc. # 76) with regard to the above matter is **APPROVED**.

Date:  10/31/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

200530-14