# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Scott Alexaki,<br><br>                Debtor | Chapter 13<br><br>Case No.: 17-12119-elf |
| Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR8,<br>                Movant,<br>vs.<br>Scott Alexaki,<br>                Debtor / Respondent,<br>and<br>William C. Miller,<br>                Trustee / Respondent. | |

## ORDER

IT IS HEREBY **ORDERED** that the Stipulation of Settlement filed on November 9, 2017 with regard to the above matter (Doc. # 82) is **APPROVED**.

Date:  11/20/17

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**