United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-12119-elf
Scott Alexaki                                                           Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 1    Date Rcvd: Nov 20, 2017
                     Form ID: pdf900    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2017.
db          +Scott Alexaki,    717 W. Valley Forge Road,    King of Prussia, PA 19406-1572

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Nov 21 2017 01:41:26     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 21 2017 01:41:10
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 21 2017 01:41:16     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                                   TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2017 at the address(es) listed below:
              DANIEL P. MUDRICK    on behalf of Debtor Scott  Alexaki dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              KERI P EBECK    on behalf of Creditor   LSF9 MASTER PARTICIPATION TRUST kebeck@weltman.com,
               jbluemle@weltman.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America,
               NA, sucessor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu
               Mortgage Pass-Through Certificates, Series 2006-AR11 bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor   Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing
               agent for U.S. Bank NA, successor trustee to Bank of America, N.A. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor   Select Portfolio Servicing Inc., as servicing
               agent for Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu
               Mortgage Pass-Through Certificates, Series 2005-AR8 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              THOMAS I. PULEO    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                                   TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Scott Alexaki,<br><br>　　　　　　Debtor<br>_____<br>Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR8,<br>　　　　　　Movant,<br>vs.<br>Scott Alexaki,<br>　　　　　　Debtor / Respondent,<br>and<br>William C. Miller,<br>　　　　　　Trustee / Respondent. | Chapter 13<br><br>Case No.: 17-12119-elf |

**ORDER**

_____

　　　　IT IS HEREBY **ORDERED** that the Stipulation of Settlement filed on November 9, 2017 with regard to the above matter (Doc. # 82) is **APPROVED**.

Date:  11/20/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**