## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Scott Alexaki<br>　　　　　Debtor | CHAPTER 13 |
| U.S. Bank NA, successor trustee to Bank of America, NA, sucessor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR11<br>　　　　　Movant<br>　　vs. | NO. 17-12119 ELF |
| Scott Alexaki<br>　　　　　Debtor | 11 U.S.C. Section 362 |
| William C. Miller, Esq.<br>　　　　　Trustee | |

### ORDER

AND NOW, this 5th day of December, 2017, upon failure of Debtor and the Trustee to file an answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the subject premises located at 1813 Chain Street, Norristown, PA 19401 ("Property"), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Furthermore, the automatic stay, having been so modified, shall not prohibit any purchaser of the Property at Sheriff 's Sale (or purchaser's assignee) from taking any legal action to enforce or establish its right to possession of the Property.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**