United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Scott Alexaki  
　　　　Debtor  

Case No. 17-12119-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　User: Stacey　　Page 1 of 1　　Date Rcvd: Dec 05, 2017  
　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2017.  
db　　　　　+Scott Alexaki,　 717 W. Valley Forge Road,　 King of Prussia, PA 19406-1572

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg　　　　　　　E-mail/Text: bankruptcy@phila.gov Dec 06 2017 01:53:37　　 City of Philadelphia,  
　　　　　　　　　City of Philadelphia Law Dept.,　 Tax Unit/Bankruptcy Dept,　 1515 Arch Street 15th Floor,  
　　　　　　　　　Philadelphia, PA　 19102-1595  
smg　　　　　　　E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 06 2017 01:53:13  
　　　　　　　　　Pennsylvania Department of Revenue,　 Bankruptcy Division,　 P.O. Box 280946,  
　　　　　　　　　Harrisburg, PA　 17128-0946  
smg　　　　　　　+E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 06 2017 01:53:33　　 U.S. Attorney Office,  
　　　　　　　　　c/o Virginia Powel, Esq.,　 Room 1250,　 615 Chestnut Street,　 Philadelphia, PA 19106-4404  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017　　　　　　　　　　　　　　　　　Signature:　 /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2017 at the address(es) listed below:  
　　　　DANIEL P. MUDRICK　　on behalf of Debtor Scott　Alexaki dpmudrick@verizon.net,  
　　　　　G30229@notify.cincompass.com  
　　　　KERI P EBECK　　on behalf of Creditor　 LSF9 MASTER PARTICIPATION TRUST kebeck@weltman.com,  
　　　　　jbluemle@weltman.com  
　　　　MATTEO SAMUEL WEINER　　on behalf of Creditor　 U.S. Bank NA, successor trustee to Bank of America,  
　　　　　NA, sucessor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu  
　　　　　Mortgage Pass-Through Certificates, Series 2006-AR11 bkgroup@kmllawgroup.com  
　　　　MATTEO SAMUEL WEINER　　on behalf of Creditor　 JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
　　　　　bkgroup@kmllawgroup.com  
　　　　MATTHEW CHRISTIAN WALDT　　on behalf of Creditor　 Select Portfolio Servicing, Inc.  
　　　　　mwaldt@milsteadlaw.com,　 bkecf@milsteadlaw.com  
　　　　MATTHEW CHRISTIAN WALDT　　on behalf of Creditor　 Select Portfolio Servicing, Inc. as servicing  
　　　　　agent for U.S. Bank NA, successor trustee to Bank of America, N.A. mwaldt@milsteadlaw.com,  
　　　　　bkecf@milsteadlaw.com  
　　　　MATTHEW CHRISTIAN WALDT　　on behalf of Creditor　 Select Portfolio Servicing Inc., as servicing  
　　　　　agent for Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu  
　　　　　Mortgage Pass-Through Certificates, Series 2005-AR8 mwaldt@milsteadlaw.com,  
　　　　　bkecf@milsteadlaw.com  
　　　　THOMAS I. PULEO　　on behalf of Creditor　 JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
　　　　　tpuleo@kmllawgroup.com,　 bkgroup@kmllawgroup.com  
　　　　United States Trustee　　 USTPRegion03.PH.ECF@usdoj.gov  
　　　　WILLIAM C. MILLER, Esq.　　 ecfemails@ph13trustee.com,　 philaecf@gmail.com  
　　　　WILLIAM C. MILLER, Esq.　　 on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
　　　　　philaecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Scott Alexaki<br>　　　　　Debtor | CHAPTER 13 |
| U.S. Bank NA, successor trustee to Bank of America, NA, sucessor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR11<br>　　　　　Movant<br>　vs. | NO. 17-12119 ELF |
| Scott Alexaki<br>　　　　　Debtor | 11 U.S.C. Section 362 |
| William C. Miller, Esq.<br>　　　　　Trustee | |

## ORDER

AND NOW, this 5th day of December, 2017, upon failure of Debtor and the Trustee to file an answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the subject premises located at 1813 Chain Street, Norristown, PA 19401 ("Property"), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Furthermore, the automatic stay, having been so modified, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action to enforce or establish its right to possession of the Property.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**