# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Scott Alexaki;<br><br>                    Debtor | Chapter 13<br><br>Case No.: 17-12119-elf |
| Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR13,<br>                    Movant,<br>vs.<br>Scott Alexaki<br>                    Debtor / Respondent,<br>and<br>William C. Miller,<br>                    Trustee / Respondent. | |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION

NOW COMES, Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR13, by and through the undersigned counsel, and hereby withdraws the Objection to Confirmation filed on May 3, 2017 (document number 18).

DATED: December 28, 2017

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC
   /s/Matthew C. Waldt
Matthew C. Waldt, Esquire
Attorney ID No. 203308
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant

200530-13

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Scott Alexaki;<br><br>　　　　　　　　Debtor<br><br>Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR13,<br>　　　　　　　　Movant,<br>vs.<br>Scott Alexaki<br>　　　　　Debtor / Respondent,<br>and<br>William C. Miller,<br>　　　　　Trustee / Respondent. | Chapter 13<br><br>Case No.: 17-12119-elf |

## CERTIFICATION OF SERVICE

　　　Matthew C. Waldt, Esquire counsel for Movant, hereby certifies that a copy of the Praecipe to Withdraw the Objection to Confirmation was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on December 28, 2017, addressed as follows:

| William C. Miller<br>Chapter 13 Trustee<br>1234 Market Street<br>Suite 1813<br>Philadelphia, PA 19107<br>*via electronic transmission* | Daniel P. Mudrick<br>One West First Avenue<br>Suite 101<br>Conshohocken, PA 19428<br>*via electronic transmission* |
|---|---|

 　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
 　　　　　　　　　　　　　　　　　　　　MILSTEAD & ASSOCIATES, LLC
 　　　　　　　　　　　　　　　　　　　　　/s/Matthew C. Waldt
DATED: December 28, 2017　　　　　Matthew C. Waldt, Esquire
 　　　　　　　　　　　　　　　　　　　　Attorney ID No. 203308
 　　　　　　　　　　　　　　　　　　　　1 E. Stow Road
 　　　　　　　　　　　　　　　　　　　　Marlton, NJ 08053
 　　　　　　　　　　　　　　　　　　　　(856) 482-1400
 　　　　　　　　　　　　　　　　　　　　Attorneys for Movant

200530-13