# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Scott Alexaki;<br><br>                    Debtor | Chapter 13<br><br>Case No.: 17-12119-elf |
| Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR8,<br>                    Movant,<br>vs.<br>Scott Alexaki<br>                    Debtor / Respondent,<br>and<br>William C. Miller,<br>                    Trustee / Respondent. | |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION

NOW COMES, Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR8, by and through the undersigned counsel, and hereby withdraws the Objection to Confirmation filed on May 26, 2017 (document number 20).

DATED: December 28, 2017

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC
   /s/Matthew C. Waldt
Matthew C. Waldt, Esquire
Attorney ID No. 203308
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant

217913-7

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Scott Alexaki;<br><br>                      Debtor | Chapter 13<br><br>Case No.: 17-12119-elf |
| Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR8,<br>                      Movant,<br>vs.<br>Scott Alexaki<br>                      Debtor / Respondent,<br>and<br>William C. Miller,<br>                      Trustee / Respondent. | |

## **CERTIFICATION OF SERVICE**

      Matthew C. Waldt, Esquire counsel for Movant, hereby certifies that a copy of the Praecipe to Withdraw the Objection to Confirmation was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on December 28, 2017, addressed as follows:

| | |
|---|---|
| William C. Miller<br>Chapter 13 Trustee<br>1234 Market Street<br>Suite 1813<br>Philadelphia, PA 19107<br>*via electronic transmission* | Daniel P. Mudrick<br>One West First Avenue<br>Suite 101<br>Conshohocken, PA 19428<br>*via electronic transmission* |

                                              Respectfully submitted,
                                              MILSTEAD & ASSOCIATES, LLC
                                                /s/Matthew C. Waldt
DATED: December 28, 2017           Matthew C. Waldt, Esquire
                                                Attorney ID No. 203308
                                                1 E. Stow Road
                                                Marlton, NJ 08053
                                                (856) 482-1400
                                                Attorneys for Movant

217913-7