WWR# 21359633

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER NO. 17-12119-elf |
| | ) | |
| Scott Alexaki | ) | BANKRUPTCY NO. 13 |
| Debtor | ) | |
| | ) | Nature of Proceeding |
| LSF9 Master Participation Trust | ) | Objection to Confirmation of Plan |
| Movant | ) | |
| | ) | Related to Document # 28 |

# **PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN**

CHECK ONE:

☒  The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

Dated  01/02/2018

/s/ Keri P. Ebeck
Keri P. Ebeck
Weltman, Weinberg & Reis Co. L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA 15219
(412) 338-7102
Attorney for Movant