## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Scott Alexaki | |
| Debtor | CHAPTER 13 |
| JPMorgan Chase Bank, National Association, its successors and/or assigns | |
| Movant | |
| vs. | NO. 17-12119 ELF |
| Scott Alexaki | |
| Debtor | |
| William C. Miller Esq. | |
| Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of JPMorgan Chase Bank, National Association, which was filed with the Court on or about June 1, 2017 document No. 22..

Respectfully submitted,


**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
kmcdonal@kmllawgroup.com
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322


January 16, 2018