**Fill in this information to identify the case:**

Debtor 1 _Scott Alexaki_

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _Eastern District of Pennsylvania_
(State)

Case number _17-12119-elf_

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor:   Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR8

Court claim no. (if known): N/A

Last 4 digits of any number you use to identify the debtor's account:   XXXXXX9944

Date of payment change:
Must be at least 21 days after date   08/01/2018
of this notice

New total payment:   $ 4,559.60
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:   $1,211.54         New escrow payment:   $1,233.38

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate   _____ %          New interest rate:   _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment:   $ _____       New mortgage payment: $ _____

Debtor 1    Scott Alexaki
            First Name    Middle Name    Last Name                    Case number (*if known*) 17-12119-elf

| Part 4: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:


　　/s/ Matthew C. Waldt                                    Date  July 3, 2018
Signature


Print:       Matthew C. Waldt, Esq.                          Title    Attorney for Creditor
             First Name    Middle Name    Last Name


Company      Milstead & Associates, LLC


Address      1 E. Stow Road
             Number         Street

             Marlton, NJ 08053
             City                    State    ZIP Code


Contact phone    (856) 482-1400                         Email: mwaldt@milsteadlaw.com



April 4, 2018

SCOTT M ALEXAKI
720 W VLY FRG RD
KING OF PRUSSIA, PA 19406

**Account Number:**
**Property Address:** 720 W VALLEY FORGE RD
KING OF PRUSSIA, PA 19406

### RE: Important notice regarding your Annual Escrow Account Disclosure Statement and your new escrow payment amount

### This statement is for informational purposes only

Dear Customer(s):

Select Portfolio Servicing, Inc. (SPS) reviewed your escrow account to determine your new monthly escrow payment. Following are the answers to the most common questions we receive about the escrow account and the details related to the analysis.

1. **What is the amount of my new monthly payment?**
   The table below shows your new monthly payment, including any escrow changes from this new analysis statement.

| Table 1 | Current Payment (As of last analysis) | New Payment (as of 08/01/2018) | Change |
|---|---|---|---|
| Principal and Interest | | $3,326.22 | |
| Regular Escrow Payment | $1,211.54 | $1,233.38 | $21.84 |
| Monthly Shortage Payment | $0.00 | $0.00 | $0.00 |
| Total Payment | | $4,559.60 | $21.84 |

Since you are in active bankruptcy, your new payment amount shown above is the post-petition payment amount due.

2. **Why did the escrow portion of my payment change?**
   There are three main reasons why your escrow account payment may change from year to year.

   A. **Regular Escrow Payments** - Changes occur based on differences between the expected property tax or insurance payments for the prior year and the expected property tax or insurance payments for the current year. Table 2 shows those differences and any resulting monthly shortage change, which is explained in section C.

| Table 2 | Prior Year Estimated Disbursements (As of last analysis) | Current Year Estimated Disbursements (as of 08/01/2018) | Change |
|---|---|---|---|
| Tax Disbursements | $6,381.77 | $8,433.61 | $2,051.84 |
| Hazard Insurance Disbursements | $5,742.00 | $6,367.00 | $625.00 |
| Total Annual Escrow Disbursements | $12,123.77 | $14,800.61 | $2,676.84 |
| Monthly Escrow Payment | $1,211.54 | $1,233.38 | $21.84 |
| Monthly Shortage Payment | $0.00 | $0.00 | $0.00 |

See reverse side

**B. Escrow Reserve Requirements** – RESPA/Federal law allows lenders to maintain a maximum of two months reserve in your escrow account, commonly referred to as a cushion. However, based on state, investor, or modification requirements your cushion requirement may be less than the Federal requirement. Your account has a monthly reserve requirement of 0 months.

**C. Escrow Balance** – The actual beginning balance on your account in Tables 3 and 4 is $5,307.49. According to the projections shown in Tables 3 and 4, your required beginning balance should be $5,307.49.

Please be advised that this is not an attempt to collect any pre-petition debt, which we have previously claimed on the Proof of Claim.

Your unpaid pre-petition escrow amount is $95,923.71. This amount has been removed from the projected starting balance.

There is no refund or shortage in your escrow account as of this analysis.

Table 3 below shows a detailed history of your escrow account transactions since your last analysis. An asterisk (*) indicates a difference from a previous estimate in either the date or the amount. The letter E beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown prior to the effective date of this new analysis. Please note, if the payment or disbursement month shown in table 3 is the same month of this completed analysis and there is an asterisk (*) or the letter E next to the amount, the disbursement or amount may have already occurred by the time you receive this analysis statement and the actual amount may differ from the amount reflected below.

**Table 3**

| Month | Description | Payments Estimate | Payments Actual | Disbursements Estimate | Disbursements Actual | Total Balance |
|---|---|---|---|---|---|---|
| History | Beginning Balance | | | | | $-8,159.76 |
| April 2017 | CITY TAX | 1,211.54 | 0.00 E | 0.00 | 1,892.74 E | -10,052.50 |
| April 2017 | HAZARD INS | 0.00 | 0.00 E | 0.00 | 522.00 E | -10,574.50 |
| May 2017 | HAZARD INS | 1,211.54 | 0.00 E | 522.00 | 522.00 E | -11,096.50 |
| June 2017 | HAZARD INS | 1,211.54 | 0.00 E | 522.00 | 522.00 E | -11,618.50 |
| July 2017 | HAZARD INS | 1,211.54 | 0.00 E | 522.00 | 522.00 E | -12,140.50 |
| July 2017 | SCHOOL TAX | 0.00 | 0.00 E | 0.00 | 6,540.87 E | -18,681.37 |
| August 2017 | SCHOOL TAX | 1,211.54 | 0.00 E | 6,381.77 | 0.00 E | -18,681.37 |
| August 2017 | HAZARD INS | 0.00 | 0.00 E | 522.00 | 522.00 E | -19,203.37 |
| September 2017 | HAZARD INS | 1,211.54 | 0.00 E | 522.00 | 522.00 E | -19,725.37 |
| October 2017 | HAZARD INS | 1,211.54 | 0.00 E | 522.00 | 522.00 E | -20,247.37 |
| November 2017 | HAZARD INS | 1,211.54 | 0.00 E | 522.00 | 522.00 E | -20,769.37 |
| December 2017 | HAZARD INS | 1,211.54 | 0.00 E | 522.00 | 522.00 E | -21,291.37 |
| January 2018 | HAZARD INS | 1,211.54 | 0.00 E | 522.00 | 522.00 E | -21,813.37 |
| February 2018 | HAZARD INS | 1,211.54 | 0.00 E | 522.00 | 522.00 E | -22,335.37 |
| March 2018 | HAZARD INS | 1,211.54 | 0.00 E | 522.00 | 0.00 E | -22,335.37 |
| April 2018 | CITY TAX | 0.00 | 25,900.98 E | 0.00 | 1,892.74 E | 1,672.87 |
| May 2018 | | 0.00 | 1,211.54 E | 0.00 | 0.00 E | 2,884.41 |
| June 2018 | | 0.00 | 1,211.54 E | 0.00 | 0.00 E | 4,095.95 |
| July 2018 | | 0.00 | 1,211.54 E | 0.00 | 0.00 E | 5,307.49 |

Table 4 below shows a detailed projection of future estimated escrow activity of your escrow account transactions since your last analysis as well as a projection of future escrow activity. The double asterisk (**) next to the required balance indicates the lowest projected balance in the analysis. This low balance is used to determine the surplus or shortage in your escrow account at the time of this analysis.

**Table 4**

| Month | Description | Payments Estimate | Disbursements Estimate | Beginning Balance | Required Balance |
|---|---|---|---|---|---|
|  | Starting Balance |  |  | $5,307.49 | $5,307.49 |
| August 2018 | SCHOOL TAX | 1,233.38 | 6,540.87 | 0.00 | 0.00** |
| September 2018 |  | 1,233.38 | 0.00 | 1,233.38 | 1,233.38 |
| October 2018 |  | 1,233.38 | 0.00 | 2,466.76 | 2,466.76 |
| November 2018 |  | 1,233.38 | 0.00 | 3,700.14 | 3,700.14 |
| December 2018 |  | 1,233.38 | 0.00 | 4,933.52 | 4,933.52 |
| January 2019 |  | 1,233.38 | 0.00 | 6,166.90 | 6,166.90 |
| February 2019 |  | 1,233.38 | 0.00 | 7,400.28 | 7,400.28 |
| March 2019 | HAZARD INS | 1,233.38 | 6,367.00 | 2,266.66 | 2,266.66 |
| April 2019 | CITY TAX | 1,233.38 | 1,892.74 | 1,607.30 | 1,607.30 |
| May 2019 |  | 1,233.38 | 0.00 | 2,840.68 | 2,840.68 |
| June 2019 |  | 1,233.38 | 0.00 | 4,074.06 | 4,074.06 |
| July 2019 |  | 1,233.38 | 0.00 | 5,307.44 | 5,307.44 |

If your account is set up on a monthly automatic withdrawal payment option, your monthly payment withdrawal amount will be updated according to the adjusted payment above once the escrow analysis becomes effective. If you have any questions or concerns, please contact our Customer Service Department. Our toll-free number is 800-258-8602 and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time. You may also visit our website at www.spservicing.com.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Scott Alexaki,<br>　　　　　Debtor(s) | Bankruptcy No. 17-12119-elf<br>Chapter 13 |
| Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR8,<br>　　　　　Secured Credtior,<br><br>Scott Alexaki,<br>　　　　　Debtor(s) / Respondent(s),<br><br>and<br>William C. Miller, Esq.,<br>　　　　　Trustee / Respondent. | |

## **CERTIFICATION OF SERVICE**

　　　　Matthew C. Waldt, Esquire counsel for Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR8, hereby certifies that a copy of the Notice of Mortgage Payment change was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on July 3, 2018, addressed as follows:

| | |
|---|---|
| William C. Miller, Esq., Trustee<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105<br>*via electronic transmission and regular mail* | Daniel P. Mudrick, Esquire<br>MUDRICK & ZUCKER, PC<br>One West First Avenue<br>Suite 101<br>Conshohocken, PA 19428<br>*via electronic transmission and regular mail* |
| Scott Alexaki<br>717 W. Valley Forge Drive<br>King of Prussia, PA 19406<br>*via regular mail* | |

                                                  MILSTEAD & ASSOCIATES, LLC

DATED: July 3, 2018                By:   s/Matthew C. Waldt
                                                  Matthew C. Waldt, Esquire
                                                  Attorney ID No. 203308
                                                  1 E. Stow Road
                                                  Marlton, NJ 08053
                                                  (856) 482-1400
                                                  Attorneys for Secured Creditor