## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Scott Alexaki,

              Debtor.

Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR8,

              Movant,

vs.

Scott Alexaki,

              Debtors / Respondents,

and

William C. Miller,

              Trustee / Respondent.

Chapter 13

Case No.: 17-12119-elf

### ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY

AND NOW, this __18th__ day of _____July_____, 20__18__, upon certification of default under the parties' prior stipulation, it is hereby

    **ORDERED** that Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR8 is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 as to Debtor, Scott Alexaki, to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 720 W. Valley Forge Road, King of Prussia, PA 19406;

    **ORDERED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

    **ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**