IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Scott Alexaki,<br>                      Debtor. | Chapter 13 |
| Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR13,<br>                      Movant,<br>vs.<br>Scott Alexaki,<br>                      Debtors / Respondents,<br>and<br>William C. Miller,<br>                      Trustee / Respondent. | Case No.: 17-12119-elf |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY**

upon certification of default under the parties' prior stipulation,

AND NOW, this __21st__ day of __August__, 20__18__, it is hereby

**ORDERED** that Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR13 is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 as to Debtor, Scott Alexaki, to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 145 Nancy Lane, King of Prussia, PA 19406;

**ORDERED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**