United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Scott Alexaki
    Debtor

Case No. 17-12119-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Aug 21, 2018
                      Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2018.
db         +Scott Alexaki,    717 W. Valley Forge Road,    King of Prussia, PA 19406-1572
cr         +JPMorgan Chase Bank, National Association,    8181 Communications Parkway,
           Plano, TX 75024-0239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Aug 22 2018 02:04:06     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 22 2018 02:03:49
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 22 2018 02:04:05     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                                               TOTAL: 3

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2018 at the address(es) listed below:
         DANIEL P. MUDRICK    on behalf of Debtor Scott  Alexaki dpmudrick@verizon.net,
         G30229@notify.cincompass.com
         KEVIN G. MCDONALD    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         bkgroup@kmllawgroup.com
         KEVIN M. BUTTERY    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST bkyefile@rasflaw.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America,
         NA, sucessor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu
         Mortgage Pass-Through Certificates, Series 2006-AR11 bkgroup@kmllawgroup.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         bkgroup@kmllawgroup.com
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing Inc., as servicing
         agent for Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu
         Mortgage Pass-Through Certificates, Series 2005-AR8 mwaldt@milsteadlaw.com,
         bkecf@milsteadlaw.com
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Deutsche Bank National Trust Company, as
         trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series
         2005-AR8 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc.
         mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
         agent for U.S. Bank NA, successor trustee to Bank of America, N.A. mwaldt@milsteadlaw.com,
         bkecf@milsteadlaw.com
         NATHALIE PAUL    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST npaul@weltman.com,
         PitEcf@weltman.com
         THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
                                                                                                         TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Scott Alexaki,<br><br>                  Debtor. | Chapter 13 |
| Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR13,<br>                  Movant,<br>vs.<br>Scott Alexaki,<br>                  Debtors / Respondents,<br>and<br>William C. Miller,<br>                  Trustee / Respondent. | Case No.: 17-12119-elf |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY**

AND NOW, this __21st__ day of __August__, 20__18__, upon certification of default under the parties' prior stipulation, it is hereby

**ORDERED** that Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR13 is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 as to Debtor, Scott Alexaki, to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 145 Nancy Lane, King of Prussia, PA 19406;

**ORDERED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE