United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-12119-elf
Scott Alexaki                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey            Page 1 of 2           Date Rcvd: Oct 15, 2018
                        Form ID: pdf900         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2018.
db          +Scott Alexaki,    717 W. Valley Forge Road,    King of Prussia, PA 19406-1572
cr          +JPMorgan Chase Bank, National Association,    8181 Communications Parkway,
              Plano, TX 75024-0239
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Oct 16 2018 02:14:59     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 16 2018 02:14:37
              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 16 2018 02:14:57     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2018 at the address(es) listed below:
              DANIEL P. MUDRICK    on behalf of Debtor Scott  Alexaki dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              KEVIN G. MCDONALD    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST bkyefile@rasflaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America,
               NA, sucessor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu
               Mortgage Pass-Through Certificates, Series 2006-AR11 bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for U.S. Bank NA, successor trustee to Bank of America, N.A. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing Inc., as servicing
               agent for Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu
               Mortgage Pass-Through Certificates, Series 2005-AR8 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Deutsche Bank National Trust Company, as
               trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series
               2005-AR8 mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              NATHALIE PAUL    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST npaul@weltman.com,
               PitEcf@weltman.com
              REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com

```
District/off: 0313-2           User: Stacey              Page 2 of 2              Date Rcvd: Oct 15, 2018
                               Form ID: pdf900           Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                              TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Scott Alexaki<br>                Debtor(s) | CHAPTER 13 |
| JPMorgan Chase Bank, National Association<br>           Movant<br>vs. | NO. 17-12119 ELF |
| Scott Alexaki<br>                Debtor(s) | |
| William C. Miller Esq.<br>           Trustee | 11 U.S.C. Section 362 |

**STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$39,779.18,** which breaks down as follows:

| | |
|---|---|
| Post-Petition Payments: | April 2017 through July 2017 at $2,083.72/month |
| | August 2017 through May 2018 at $2,151.30/month |
| | June 2018 through October 2018 at $2,121.42/month |
| Suspense Balance: | ($675.80) |
| **Total Post-Petition Arrears** | **$39,779.18** |

2. The Debtor(s) shall cure said arrearages in the following manner:

    a) Beginning November 2018 and continuing through April 2019, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$2,121.42** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$6,629.87 from November 2018 to March 2019 and $6,629.83 for April 2019** towards the arrearages on or before the last day of each month at the address below;

JPMorgan Chase Bank, N.A.<br>
3415 Vision Drive<br>
Columbus, OH 43219

    b) Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:    October 8, 2018

By: /s/Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire
Attorney for Movant

Date: October 8, 2018

/s/ Daniel P. Mudrick, Esquire
Daniel P. Mudrick, Esquire
Attorney for Debtor(s)

Date: 10/12/18

William C. Miller
**O R D E R** Chapter 13 Trustee

NO OBJECTION
*without prejudice to any trustee rights or remedies.

Approved by the Court this 15th day of October, 2018. However, the court retains discretion regarding entry of any further order.

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE