# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-12119-ELF

SCOTT ALEXAKI

717 W. VALLEY FORGE ROAD

KING OF PRUSSIA, PA 19406

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SCOTT ALEXAKI

717 W. VALLEY FORGE ROAD

KING OF PRUSSIA, PA 19406

Counsel for debtor(s), by electronic notice only.

DANIEL P MUDRICK
ONE WEST 1ST AVE
SUITE 101
CONSHOHOCKEN, PA 19428

Date: 10/19/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee