# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   SCOTT ALEXAKI, | : | CHAPTER 13 |
|  | : |  |
| Debtor | : | NO. 17-12119ELF |

## PRAECIPE TO WITHDRAW DOCUMENT NO. 141

Kindly withdraw the Debtor's Objection to Certification of Default filed in the above-captioned matter (Docket No. 141) regarding JPMorgan Chase Bank's Certification of Default of Stipulation.

Dated:    4/09/19

/s/ Daniel P. Mudrick
Daniel P. Mudrick, Esquire
Attorney for Debtor
325 Sentry Parkway
Building 5W, Suite 320
Blue Bell, PA 19422
(610) 832-0100