# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Scott Alexaki<br>　　　　　Debtor<br><br>JPMorgan Chase Bank, National Association<br>　　　　　Movant<br>　　v.<br>Scott Alexaki　　Debtor<br>　　　and<br><br>William C. Miller Esq.　　Trustee | Chapter 13<br><br>NO. 17-12119 ELF |

## ORDER

AND NOW, this  9th  day of  April , 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on October 15, 2018, and the withdrawal of the objection thereto, it is **ORDERED** that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow JPMorgan Chase Bank, National Association and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 717 West Valley Forge Road King Of Prussia, PA 19406.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**