UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-12119-ELF

SCOTT ALEXAKI

717 W. VALLEY FORGE ROAD

KING OF PRUSSIA, PA 19406

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SCOTT ALEXAKI

    717 W. VALLEY FORGE ROAD

    KING OF PRUSSIA, PA 19406

Counsel for debtor(s), by electronic notice only.

    DANIEL P MUDRICK
    325 SENTRY PARKWAY EAST
    BLDG 5 WEST- STE 320
    BLUE BELL, PA 19422-

                                               /S/ William C. Miller

Date: 10/10/2019                                               _____

                                                        William C. Miller, Esquire
                                                        Chapter 13 Standing Trustee