# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      SCOTT ALEXAKI      :      CHAPTER 13
                                                    :      NO. 17-12119ELF

## CERTIFICATE OF NO ANSWER OR OBJECTION

       I, Daniel P. Mudrick, Esquire, Counsel for Debtor, hereby certify, pursuant to Local Bankruptcy Rule 9013.3(d), that:

       1.    Debtor's Motion to Modify Plan After Confirmation was filed of record with this Court on January 20, 2020;

       2.    Service of the Motion was made on creditors and the Trustee via first class mail, postage prepaid and/or electronic means on January 20, 2020; and

       3.    As of this date, Counsel for Debtor has received no Answer or Objection from any interested party to the granting of this Motion.

Dated:       3/08/2020                                 /s/ Daniel P. Mudrick
                                                               Daniel P. Mudrick, Esquire
                                                               Attorney for Debtor
                                                               325 Sentry Parkway
                                                               Building 5W - Suite 320
                                                               Blue Bell, PA 19422
                                                               (610) 832-0100