# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                           Chapter 13

                                                           Bankruptcy No. 17-12119-ELF

     SCOTT ALEXAKI

     717 W. VALLEY FORGE ROAD

     KING OF PRUSSIA, PA 19406

          Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

     SCOTT ALEXAKI

     717 W. VALLEY FORGE ROAD

     KING OF PRUSSIA, PA 19406

Counsel for debtor(s), by electronic notice only.

     DANIEL P MUDRICK
     325 SENTRY PARKWAY EAST
     BLDG 5 WEST- STE 320
     BLUE BELL, PA 19422-

                                      /S/ William C. Miller

Date: 7/28/2020                             _____

                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee