**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>SCOTT ALEXAKI | Chapter 13 |
| Debtor | Bankruptcy No. 17-12119-ELF |

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: August 26, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DANIEL P MUDRICK
325 SENTRY PARKWAY EAST
BLDG 5 WEST- STE 320
BLUE BELL, PA 19422-

Debtor:
SCOTT ALEXAKI

717 W. VALLEY FORGE ROAD

KING OF PRUSSIA, PA 19406