```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                          Case No. 17-12119-elf
Scott Alexaki                                                   Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0313-2          User: Stacey               Page 1 of 2          Date Rcvd: Aug 26, 2020
                              Form ID: pdf900            Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
db             +Scott Alexaki,    717 W. Valley Forge Road,     King of Prussia, PA 19406-1572
13899676      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: BANK OF AMERICA,       PO Box 982235,    El Paso, TX  79998-2235)
13899679        DEUTSCHE BANK NATIONAL TRUST,    3415 Vision Dr,     Columbus, OH  43219-6009
13899680        ECKERT SEAMANS CHERIN & MELLOTT, LLC,     2 LIBERTY PL # 50S,     PHILADELPHIA, PA  19102
14412511       +JPMorgan Chase Bank, National Association,     c/o Kevin S. Frankel, Esquire,
                 Shapiro & DeNardo, LLC,    3600 Horizon Drive, Suite 150,     King of Prussia, PA 19406-4702
13899682        KERRY S. SCHUMAN, ESQUIRE,    101 Greenwood Ave Fl 5,     Jenkintown, PA  19046-2636
13899683        KML Law Group, P.C.,    701 Market St Ste 5000,    Philadelphia, PA  19106-1541
13969177       +LSF9 Master Participation Trust,    Caliber Home Loans, Inc.,     13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
13899684        MICHAEL M. CHAU,    406 Jefferson St,    Bridgeport, PA  19405-1512
13899685        NATIONAL CAPITAL MANAGEMENT LP,     455 Pennsylvania Ave Ste 2Lf,
                 Fort Washington, PA  19034-3405
13899688        Salmon, Ricchezza, Singer & Turchi, LLP,     1601 Market St Ste 2500,
                 Philadelphia, PA  19103-2302
13899690        UPPER MERION TOWNSHIP,    175 W Valley Forge Rd,    King of Prussia, PA  19406-1851
13899691        US BANK NATIONAL ASSOCIATION,    7255 Baymeadows Way,     Jacksonville, FL  32256-6851

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 27 2020 04:32:04      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 27 2020 04:31:52      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 27 2020 04:41:29
                 JPMorgan Chase Bank, National Association,     8181 Communications Parkway,    Plano, TX  75024
13899677        E-mail/Text: ECMBKMail@Caliberhomeloans.com Aug 27 2020 04:32:14       CALIBER HOME LOANS INC.,
                 BANKRUPTCY DEPARTMENT,    16745 W Bernardo Dr Ste 300,     San Diego, CA  92127-1908
13899681        E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 27 2020 04:31:24       INTERNAL REVENUE SERVICE,
                 PO Box 7346,    Philadelphia, PA  19101-7346
13966555        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 27 2020 04:41:13
                 JPMorgan Chase Bank, National Association,     c/o Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,     700 Kansas Lane,    Monroe, LA 71203
13899678        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 27 2020 04:40:58       CHASE MORTGAGE,
                 PO Box 24696,    Columbus, OH  43224-0696
13899686       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 27 2020 04:31:25       PECO ENERGY,
                 2301 Market St # N3-1,    Philadelphia, PA  19103-1380
13899687        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 27 2020 04:31:41
                 PENNSYLVANIA DEPARTMENT OF REVENUE,     Bankruptcy Division,    PO Box 280946,
                 Harrisburg, PA  17128-0946
13899689        E-mail/Text: jennifer.chacon@spservicing.com Aug 27 2020 04:32:15
                 Select Portfolio Servicing, Inc.,     PO Box 65250,    Salt Lake City, UT  84165-0250
13974321        E-mail/Text: jennifer.chacon@spservicing.com Aug 27 2020 04:32:15
                 U.S. Bank N.A., successor trustee to Bank of Ameri,     c/o Select Portfolio Servicing, Inc.,
                 PO Box 65250,    Salt Lake City, Utah  84165-0250
13974420        E-mail/Text: jennifer.chacon@spservicing.com Aug 27 2020 04:32:15       U.S. Bank NA, et al,
                 c/o Select Portfolio Servicing, Inc.,     P.O. Box 65250,    Salt Lake City, UT 84165-0250
13945331       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 27 2020 04:41:34       Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,     Oklahoma City, OK 73118-7901
                                                                                                TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13899675        17-12119
13974219        Deutsche Bank National Trust Company, as trustee,
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,     P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14412888*      +JPMorgan Chase Bank, National Association,     C/O Kevin S. Frankel, Esquire,
                 Shapiro & DeNardo, LLC,    3600 Horizon Drive, ste. 150,     King of Prussia, PA 19406-4702
13974322*       U.S. Bank N.A., successor trustee to Bank of Ameri,     c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, Utah  84165-0250
                                                                                   TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Aug 26, 2020
                              Form ID: pdf900           Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2020 at the address(es) listed below:
              DANIEL P. MUDRICK    on behalf of Debtor Scott  Alexaki dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              KEVIN G. MCDONALD     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST
               cdigianantonio@rascrane.com
              KEVIN S. FRANKEL     on behalf of Creditor    JPMorgan Chase Bank, National Association
               pa-bk@logs.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America,
               NA, sucessor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu
               Mortgage Pass-Through Certificates, Series 2006-AR11 bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for U.S. Bank NA, successor trustee to Bank of America, N.A. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing Inc., as servicing
               agent for Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu
               Mortgage Pass-Through Certificates, Series 2005-AR8 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Deutsche Bank National Trust Company, as
               trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series
               2005-AR8 mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              NATHALIE  PAUL    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST npaul@weltman.com,
               pitecf@weltman.com
              REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 16
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> SCOTT ALEXAKI | Chapter 13 |
| Debtor | Bankruptcy No. 17-12119-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: August 26, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DANIEL P MUDRICK
325 SENTRY PARKWAY EAST
BLDG 5 WEST- STE 320
BLUE BELL, PA 19422-

Debtor:
SCOTT ALEXAKI

717 W. VALLEY FORGE ROAD

KING OF PRUSSIA, PA 19406